```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
```

IN RE:  JENNIFER E. GOREN,           {   CHAPTER 13
                                     {
                                     {
         DEBTOR(S)                   {   CASE NO. A18-53568-SMS
                                     {
                                     {   JUDGE SIGLER

## OBJECTION TO CONFIRMATION

    COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1.  Pursuant to information received from the Meeting of Creditors, 2017 tax return(s) have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Section 1322(d) and 1325(a)(6).

    2.  The Debtor's (s') Schedule I reflects a contribution from the Debtor's mother of $2,000.00 per month. The trustee requests documentation regarding this contribution. If the contribution is from rental income, the trustee requests documentation such as a copy of the written lease. 11 U.S.C. Section 1325(a)(6).

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

April 11, 2018

                                                            /s
                                        Brandi L. Kirkland, Esq.
                                        for Chapter 13 Trustee
                                        GA Bar No. 423627

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
brandik@atlch13tt.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

JENNIFER E. GOREN
11195 CROWTHORE COURT
ALPHARETTA, GA 30022

ATTORNEY FOR DEBTOR(S):

SLIPAKOFF & SLOMKA, PC
2859 PACES FERRY RD, SE
STE 1700
ATLANTA, GA 30339

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 11th day of April, 2018

___/s_____
Brandi L. Kirkland, Esq.
for Chapter 13 Trustee
GA Bar No. 423627

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
brandik@atlch13tt.com