BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
4004 BELT LINE ROAD  SUITE 100
ADDISON,  TX 75001
(972) 341-0500

Attorney for BANK OF AMERICA, N.A.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 18-53568-SMS |
| | ) |
| JENNIFER ERIN GOREN, | ) |
|     Debtor | ) Chapter 13 |
| | ) |
| BANK OF AMERICA, N.A., | ) |
|     Movant | ) |
| | ) |
| v. | ) CONTESTED MATTER |
| | ) |
| JENNIFER ERIN GOREN, | ) |
| Debtor and | ) |
| K. EDWARD SAFIR Trustee | ) |
|     Respondents. | ) |

## NOTICE OF RESET OF HEARING

**PLEASE TAKE NOTICE** that **BANK OF AMERICA, N.A**. has filed a **Motion For Relief** From *Automatic Stay* and related papers with the Court seeking an order lifting the stay as to a certain property located at 11195 CROWTHORE COURT, ALPHARETTA, GA 30022.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the *Motion for Relief from the Automatic Stay* at the following number: toll-free number*:833-568-8864; *meeting id *161 179 4270*, at *10:15 A. M.* **on** *January 25, 2022* in Courtroom *1201*, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address for the Clerk's Office is: Clerk, United States Bankruptcy Court, 75 TED TURNER DR SW, ATLANTA, GA 30303.

If a hearing on the Motion for Relief from the Automatic Stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date.  Movant consents to the Automatic Stay remaining in effect until the Court orders otherwise.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY:  /s/ BRANDI R. LESESNE                    12/13/2021
BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD  SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

## CERTIFICATEOFSERVICE

I hereby certify that on December 13, 2021, true and correct copy of the foregoing Notice of Reset of Hearing was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties on the attached list.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    TURNER & ENGEL, LLP

    /s/ BRANDI R. LESESNE        12/13/2021
    BRANDI R. LESESNE
    GA NO. 141970
    4004 BELT LINE ROAD  SUITE 100
    ADDISON, TX 75001
    Telephone: (972) 341-0500
    Facsimile: (972) 661-7725
    E-mail:  GA.ND.ECF@BDFGROUP.COM
    ATTORNEY FOR MOVANT

**DEBTOR:**
JENNIFER ERIN GOREN
11195 CROWTHORE COURT
ALPHARETTA, GA 30022

**TRUSTEE:**
K. EDWARD SAFIR
285 PEACHTREE CENTER AVE. NE
SUITE 1600
ATLANTA, GA  30303

**DEBTOR'S ATTORNEY:**
HOWARD P. SLOMKA
6400 POWERS FERRY ROAD NW
SUITE 391
ATLANTA, GA  30339

**PARTIES IN INTEREST:**
None

**PARTIES REQUESTING NOTICE:**
SYNCHRONY BANK
PRA RECEIVABLES MANAGEMENT, LLC
P O BOX 41021
NORFOLK, VA 23541