BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP            BDFTE# 00000009469974
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
(972) 341-0500

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-53568-SMS |
| | § | |
| JENNIFER ERIN GOREN, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| | § | |

### MOTION OF BANK OF AMERICA, N.A. FOR APPROVAL OF MORTGAGE LOAN MODIFICATION

COMES NOW, BANK OF AMERICA, N.A. (hereinafter "Movant"), a secured creditor of JENNIFER ERIN GOREN (hereinafter "Debtor") and files this Motion for Approval of Mortgage Loan Modification and in support thereof would respectfully show the Court the following:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§1334 and 157. This is a core proceeding.

2. On March 2, 2018, Debtor filed this petition for relief under Chapter 13 of the Bankruptcy Code, 11 U.S.C., and an Order for relief was entered.

3. At the time of filing the Chapter 13 Petition, Movant held a NOTE and SECURITY DEED executed by Debtor on April 1, 2008, in the original amount of ONE HUNDRED FORTY-ONE THOUSAND SEVEN HUNDRED NINETY-NINE DOLLARS AND SIXTY CENTS ($141,799.60) with interest thereon, on real estate with all improvements described as follows:

> ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 166 OF THE 1ST DISTRICT, 1ST SECTION, FULTON COUNTY, GEORGIA, BEING LOT 94, BLOCK A, HUNTER'S FOREST, PHASE FOUR, AS PER PLAT RECORDED AT PLAT BOOK 143, PAGE 4, FULTON COUNTY RECORDS, WHICH PLAT IS REFERRED TO HEREBY AS REFERENCE FOR MORE PARTICULAR DESCRIPTION AND DELINEATION OF THE LOT DIMENSIONS.
>
> MORE COMMONLY KNOWN AS 11195 CROWTHORE COURT, ALPHARETTA, GEORGIA 30022

(hereinafter, the "Property"). A true and correct copy of the NOTE and SECURITY DEED are attached hereto as Exhibit "A" and Exhibit "B" and incorporated herein by reference.

4. Prior to the filing of this petition, Debtor was in default according to the terms and conditions of the NOTE and SECURITY DEED. Debtor and Movant have entered into a proposed loan modification, to be effective as of March 1, 2022. A copy of the loan modification is attached as Exhibit "C" and incorporated herein by reference.

5. Under the attached loan modification, the delinquent arrears are being subsumed in the refinancing.

6. Under the modification, the note will have a maturity date of March 1, 2052 which is an extension of 131 months from the original note.

7. The modification interest rate is 3.5%, which is a reduction of 0.5% from the interest rate of 4.0% as of the petition date.

8. The monthly payment prior to modification is $823.32 ($578.11 principal and interest, $245.21 escrow). Under the modification, Debtor shall resume monthly payments of $829.28 ($585.68 principal and interest, $243.60 escrow) on April 1, 2022.

9. The principal balance of the loan is $112,293.94 before the modification and will be $130,426.83 after modification, with a total of $18,132.89 pre- and post-petition arrears being capitalized.

10. In accordance with the terms of the NOTE and SECURITY DEED, Movant would allege that it is entitled to reasonable post-petition attorney's fees for the preparation of this Motion.

11. Upon approval, Movant will withdraw its pre-petition arrearage claim, if any and/or the Trustee may cease funding Movant's claim, if any.

12. Upon approval, at its option, Movant may contact Debtor(s) directly to discuss this modification, any potential forbearance agreements or workouts, or any other type of loss mitigation connected with this Order or with this loan

13. Based upon the foregoing, Movant requests the Court enter an order approving the proposed loan modification.

WHEREFORE, Movant respectfully prays that this Court enter an order approving the proposed loan modification and such other and further relief as is just.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    TURNER & ENGEL, LLP

    BY:  /S/ BRANDI R. LESESNE    03/28/2022
    BRANDI R. LESESNE
    GA NO. 141970
    4004 BELT LINE ROAD SUITE 100
    ADDISON, TX 75001
    Telephone: (972) 341-0500
    Facsimile: (972) 661-7725
    E-mail: GA.ND.ECF@BDFGROUP.COM
    ATTORNEY FOR MOVANT

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Approval of Mortgage Loan Modification was electronically filed and served on the same day electronically or by First Class U.S. Mail, postage paid, in accordance with the Bankruptcy Rules to the following:

**ELECTRONICALLY OR BY REGULAR FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**

DEBTOR:
JENNIFER ERIN GOREN
11195 CROWTHORE COURT
ALPHARETTA, GA 30022

ATTORNEY FOR DEBTOR:
HOWARD P. SLOMKA
6400 POWERS FERRY ROAD NW
SUITE 391
ATLANTA, GA  30339

TRUSTEE:
K. EDWARD SAFIR
285 PEACHTREE CENTER AVE. NE
SUITE 1600
ATLANTA, GA  30303

UNITED STATES TRUSTEE:
OFFICE OF THE U.S. TRUSTEE
362 RICHARD RUSSELL BLDG.
75 TED TURNER DRIVE, S.W.
ATLANTA, GA  30303

BY:   /S/ BRANDI R. LESESNE                                          03/28/2022
BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT